**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **SHANICE HAMILTON,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JEWEL FOOD STORES, INC.,**<br><br>    Defendant. | No.  1:23  -cv -01118<br><br>The Honorable Mary M. Rowland |

**JOINT STATUS REPORT UNDER RULE 26(f)**

The Parties have conferred as required by Judge Rowland's May 11, 2023 order [Dkt 13], and jointly submit the following Joint Status Report.

I.     **Nature of the Case**

    A.     **Identify the attorneys of record for each party. Note the lead trial attorney and any local counsel.**

        Plaintiff Shanice Hamilton ("Plaintiff") is represented by Travis Lampert, Esq., of Sulaiman Law Group, Ltd., and Defendant Jewel Food Stores, Inc. ("Defendant"), is represented by Jennifer Schilling (Lead Attorney) and Victoria Vanderschaaf, of Littler Mendelson, P.C.

II.     **Status of Discovery**

    A.     The Parties have exchanged their Initial Disclosures. They have also exchanged and responded to Discovery Requests. Parties are currently communicating to resolve discovery deficiencies and Plaintiff has scheduled depositions. Defendant is preparing to serve third-party subpoenas for documentation needed before it can proceed with Plaintiff's deposition. Presently, Parties are on track to complete discovery on schedule.

**III.**     <u>Settlement Conference</u>

The Parties do not request a settlement conference at this time but reserve the right to do

so at a later date.

Dated: July 31, 2023                                    Respectfully submitted,

By: /s/ *Travis Lampert*                              By: /s/ *Victoria Vanderschaff*
Travis Lampert                                         Jennifer Schilling (6256634)
tlampert@sulaimanlaw.com (99843)                       jschilling@littler.com
Mohammed O. Badwan (6299011)                           Victoria Vanderschaaf (6321660)
mbadwan@sulaimanlaw.com                                vvanderschaaf@littler.com
Omar Sulaiman (6322837)                                LITTLER MENDELSON, P.C.
osulaiman@sulaimanlaw.com                              321 North Clark Street
SULAIMAN LAW GROUP, LTD.                               Suite 1100
2500 South Highland Avenue                             Chicago, IL  60654
Suite 200                                              Telephone: (312) 372.5520
Lombard, IL 60148                                      Facsimile: (312) 372-7880
Telephone: (630) 575-8181

**ATTORNEYS FOR PLAINTIFF**             **ATTORNEYS FOR DEFENDANT**
                                        **JEWEL FOOD STORES, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 31st day of July, 2023, a true and correct copy foregoing

has been provided electronically via CM/ECF, electronic mail and/or via U.S. mail to all parties of

record.

/s/ *Travis P. Lampert*
**TRAVIS P. LAMPERT, ESQ.**

2